UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

IN RE: TIPHNEY H. FITZ                                CASE # 14-11845
                                                      CHAPTER 13

## OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

Now comes Lucy G. Sikes, the Standing Chapter 13 Trustee, who objects to the confirmation of the proposed chapter 13 plan by the above debtor(s) in that:

1) Debtor is not current on plan payments to the Trustee. As of September 30, 2014, Debtor should have remitted $780.00. Trustee has received $0.00.

2) Debtor's proposed plan provides for direct payments to be made by Debtor to Sallie Mae for student loans in the amount of $60.00 per month. The Court has set for hearing at a later date the issue of a Debtor's classification of student loans in a Chapter 13 plan. The Trustee requests a continuance of this issue until a ruling is made by the Court. Trustee reserves the right to supplement this objection.

3) Debtor has not provided all pay stubs received for the full six months prior to filing. Debtor should provide the Trustee with copies of all pay stubs received for January 2014, February 2014, and April 2014. Trustee reserves the right to object further upon receipt of the requested information.

WHEREFORE, Trustee submits that the plan confirmation be denied and debtor be required to provide documentation and amend the plan pursuant to the above stated objection.

Dated this October 14, 2014

                                                      LUCY G. SIKES
                                                      STANDING CHAPTER 13
                                                      TRUSTEE
                                                      */s/ Lucy G. Sikes*
                                                      Lucy G. Sikes, LA Bar Roll #22787
                                                      P.O. Box 1770
                                                      Shreveport, La 71166
                                                      (318) 673-8244

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that a true and correct copy of the foregoing Trustee's Objection has this 14th day of October, 2014 been served on the debtor(s) at the address listed below, by placing the same in the United States mail, postage prepaid, and to debtor(s) attorney electronically, through CM/ECF.

Tiphney H. Fitz
9362 Garfield Dr.
Shreveport, LA 71118

                 */s/ Lucy G. Sikes*