**SO ORDERED.**

**DONE and SIGNED November 7, 2014.**



_____
JEFFREY P. NORMAN
UNITED STATES BANKRUPTCY JUDGE
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

RE: TIPHNEY H. FITZ                                CASE #14-11845
                                                   CHAPTER 13

ORDER AND NOTICE OF DISMISSAL

The above named debtor(s) filed a petition in this Court on July 31, 2014, under Chapter 13 of the U.S. Bankruptcy Code. Pursuant to the Trustee's proceeding memo entered in for the October 21, 2014 confirmation hearing, debtor was allowed 14 days *to bring payments current, voluntarily dismiss the case or file a Motion to Convert the Case to Chapter 7. Failure to take the above directed actions being cause for the dismissal of the case without further hearing upon the filing of an Ex Parte Motion by the Trustee with a 109(g) finding*". The Standing Chapter 13 Trustee now reports that *the debtor has failed to bring payments current. The Trustee also reports that the debtor has not filed a Motion for voluntary dismissal nor a Motion to convert case to Chapter 7* pursuant to the Trustee's proceeding memo entered October 21, 2014; and the case should be dismissed;

**IT IS FURTHER ORDERED** that the Chapter 13 Case be and the same hereby dismissed with a 109(g) finding.
**IT IS FURTHER ORDERED** that the Trustee disburse all monies on hand, if any, to the Creditors/Debtor(s) after deducting the percentage fees prescribed by 11 U. S. C. Section 1302(e)(2).
**IT IS FURTHER ORDERED** that after Trustee has disbursed the remaining funds as indicated above, the account be closed and a final accounting be filed.
**IT IS FURTHER ORDERED** that the Trustee be discharged and released from his trust, his bond cancelled and the sureties thereon released.
**IT IS FURTHER ORDERED** that any Order directed to the employer/debtor to turn over to the Trustee a portion of wages of the debtor is hereby revoked and rescinded.
**IT IS FURTHER ORDERED** that the provisions of 11 U. S. C Section 362(a) and 11 U.S.C. Section 1301 staying certain acts and proceedings against debtor(s) and his/her or their property and against certain co-debtors are no longer in effect.
**IT IS FURTHER ORDERED** that notice be sent to all creditors that the Chapter 13 Case was dismissed, and that creditors should now look directly to debtor for satisfaction of any balances owing upon their claim.
###
This Order is being prepared and submitted by:
Lucy G. Sikes, Chapter 13 Trustee
P O B 1770
Shreveport, LA 71166